**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY M. HAHN, et al., | Case No: CV 09-249 ODW(FFMx) |
| Plaintiffs, | **ORDER GRANTING STIPULATION OF DISMISSAL** |
| v. | |
| ROLAND P. ROTHMAN, et al., | |
| Defendants. | |

THE COURT having been advised by the counsel for the parties that the above-entitled action has been settled, and the parties having stipulated that the case be dismissed;

IT IS THEREFORE ORDERED that this action is hereby dismissed pursuant to the terms set forth in the Joint Stipulation to Dismiss Case [211] (Filed 12/14/10).

Date: December 15, 2010

_____
OTIS D. WRIGHT II
United States District Judge